THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LOUIS PACELLI, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. Pacelli, 200 App. Div. 850, affirmed.

(Argued March 21, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 14, 1922, which affirmed a judgment of the Rensselaer County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*James Farrell* for appellant.

*T. J. Quillinan,* District Attorney (*Abbott H. Jones* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.